UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 11-60045-CIV-UNGARO

DENNIS CAMPBELL,

    Plaintiff,

v.

CLEANCLEAN, INC., *et al.*,

    Defendants.

_____

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Plaintiff's Motion for Approval of Settlement Agreement and Stipulation of Dismissal with Prejudice.  (D.E. 44.)

THE COURT has considered the Motion, the pertinent portions of the record, the Settlement Agreement, and is otherwise fully advised in the premises.  It is

ORDERED AND ADJUDGED that the Settlement Agreement is APPROVED and the case is DISMISSED WITH PREJUDICE with each party to bear its own attorneys' fees and costs, unless otherwise agreed.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of June, 2011.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record